Exhibit A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------X
KENNETH M. KRYS and MARGOT MACINNIS as
JOINT OFFICIAL LIQUIDATORS of SPHINX LTD.,
SPHINX STRATEGY FUND LTD., SPHINX PLUS
SPC LTD., SPHINX DISTRESSED LTD., SPHINX
MERGER ARBITRAGE LTD., SPHINX SPECIAL
SITUATIONS LTD., SPHINX MACRO LTD., SPHINX
LONG/SHORT EQUITY LTD., SPHINX MANAGED
FUTURES LTD., SPHINX EQUITY MARKET
NEUTRAL LTD., SPHINX CONVERTIBLE
ARBITRAGE LTD., SPHINX FIXED INCOME
ARBITRAGE LTD., SPHINX DISTRESSED
FUND SPC, SPHINX MERGER ARBITRAGE FUND
SPC, SPHINX SPECIAL SITUATIONS FUND SPC,
SPHINX MACRO FUND SPC, SPHINX
LONG/SHORT EQUITY FUND SPC, SPHINX
MANAGED FUTURES FUND SPC, SPHINX EQUITY
MARKET NEUTRAL FUND SPC, SPHINX
CONVERTIBLE ARBITRAGE FUND SPC, SPHINX
FIXED INCOME ARBITRAGE FUND SPC and
PLUSFUNDS MANAGER ACCESS FUND SPC LTD.;
KENNETH M. KRYS and MARGOT MACINNIS as
assignees of claims assigned by MIAMI CHILDREN'S
HOSPITAL FOUNDATION, OFI ASSET
MANAGEMENT, GREEN & SMITH INVESTMENT
MANAGEMENT LLC, THALES FUND
MANAGEMENT LLC, KELLNER DILEO & CO. LLC,
MARTINGALE ASSET MANAGEMENT LP,
LONGACRE FUND MANAGEMENT LLC,
ARNHOLD & S. BLEICHROEDER ADVISERS LLC,
PICTET & CIE, RGA AMERICA REINSURANCE
COMPANY, ARAB MONETARY FUND, HANSARD
INTERNATIONAL LTD., CONCORDIA ADVISORS
LLC, GABELLI SECURITIES, INC. and CITCO
GLOBAL CUSTODY; and KENNETH M. KRYS as
Trustee of the SPHINX TRUST,
                              Plaintiffs,

                 -against-
DEUTSCHE BANK SECURITIES INC., DEUTSCHE
BANK TRUST COMPANY AMERICAS, and
DEUTSCHE BANK, AG,
                              Defendants.
-----------------------------------------------------------------X

Index No.

**SUMMONS WITH NOTICE**

To:   Deutsche Bank Securities, Inc.
      Defendant
      60 Wall Street
      New York, New York 10005

      Deutsche Bank Trust Company Americas
      Defendant
      60 Wall Street
      New York, New York 10005

      Deutsche Bank, AG
      Defendant
      60 Wall Street
      New York, New York 10005

You are hereby summoned and required to serve upon plaintiff's attorney, at the address stated below, a notice of appearance or demand for a complaint.

If this summons was personally served upon you in the State of New York, your notice of appearance or demand for a complaint must be served within twenty (20) days after such service of the summons, excluding the date of service. If the summons was not personally delivered to you within the State of New York, your notice of appearance or demand for a complaint must be served within thirty (30) days after service of the summons is complete, as provided by law.

The nature of this action is a claim for damages suffered by the plaintiffs, SPhinX Managed Futures Fund SPC and related entities belonging to the SPhinX family of hedge funds, investors in those funds, and the Trustee of the SPhinX Trust holding claims of PlusFunds Group, Inc., ("Plaintiffs") arising from the knowing participation of Deutsche Bank Securities, Inc., Deutsche Bank Trust Company Americas and Deutsche Bank, AG in the Refco fraud and breaches of duty owed directly to SPhinX, its investors and PlusFunds. Plaintiffs' claims include claims based on breach of fiduciary duty, fraud, negligent misrepresentation, aiding and abetting fraud, aiding and abetting breach of fiduciary duty and aiding and abetting conversion. The relief by sought by Plaintiffs is an amount not less than $263 million ($263,000,000.00),

exclusive of interest, costs and disbursements associated with this action, as well as declaratory and other relief.

If you do not serve a notice of appearance or demand for a complaint within the applicable time limitation stated above, a judgment may be entered against you, by default, for an amount not less than $263,000,000.00, in addition to any applicable interest and the costs and disbursements associated with action.

The action will be heard in the Supreme Court of the State of New York in and for the County of New York. This action is brought in the County of New York pursuant CPLR § 503(c) because it is the County in which defendant Deutsche Bank Securities, Inc. maintains its principal executive office at the time this action is commenced. Defendant Deutsche Bank Securities, Inc. maintains its principal executive office at 60 Wall Street, New York, New York 10005.

Dated: New York, New York
       March 31, 2010

BROWN RUDNICK LLP

By: _____
    David J. Molton, Esq.
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
dmolton@brownrudnick.com

        -and-

Leo R. Beus
BEUS GILBERT PLLC
4800 North Scottsdale Road, Suite 6000
Scottsdale, Arizona 85251
Telephone: (480) 429-3000
Facsimile: (480) 429-3100
lbeus@beusgilbert.com

*Co-counsel for Plaintiffs*