UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
:
In re REFCO, INC. SECURITIES LITIGATION  :  07 MDL No. 1902 (JSR)
:
:  ECF CASE
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
:
KENNETH M. KRYS, et al.                  :
:  08 Civ. 3086 (JSR)
          Plaintiffs,                    :
    -v-                                  :
:
CHRISTOPHER SUGRUE, et al.               :
:
          Defendants.                    :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
:
KENNETH M. KRYS, et al.                  :
:
          Plaintiffs,                    :  10 Civ. 3594 (JSR)
:
    -v-                                  :
:
DEUTSCHE BANK SECURITIES INC., et al.    :
:
          Defendants.                    :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**Stipulation And Order Granting Extension of Time Within Which
Certain Defendants May Answer Complaints**

IT IS HEREBY STIPULATED AND AGREED, by and between Defendants Merrill Lynch, Pierce, Fenner & Smith Incorporated (as successor by merger to Banc of America Securities LLC), Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc. and Plaintiffs in the above-referenced *Krys* actions, by and through their undersigned counsel, that the time within which Merrill Lynch, Pierce, Fenner & Smith Incorporated (as successor by merger to Banc of America Securities LLC) and Credit Suisse Securities (USA) LLC may answer the First Amended Complaint in 08-CIV-3086, and the time within which Deutsche Bank Securities Inc. may answer the Complaint in 10-CIV-3594, are hereby extended through and including May 24, 2012.

Dated: New York, New York
April 30, 2012

WILMER CUTLER PICKERING
HALE AND DORR LLP

By:  /s/ Philip D. Anker
    Philip D. Anker
    Peter J. Macdonald
    Jeremy S. Winer
    Ross E. Firsenbaum
399 Park Avenue
New York, New York 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

*Attorneys for Defendants Merrill Lynch, Pierce, Fenner & Smith Incorporated, as successor by merger to Banc of America Securities LLC, and Credit Suisse Securities (USA) LLC*

Dated:  New York, New York
April 30, 2012

LINKLATERS LLP

By:  /s/ James R. Warnot, Jr.
    James R. Warnot, Jr.
    Ruth E. Harlow
    Robert H. Bell

                         1345 Avenue of the Americas
                         New York, New York 10105
                         Tel.: (212) 903-9100

*Attorneys for Defendant Deutsche Bank Securities Inc.*

Dated: New York, New York
         April 30, 2012

BROWN RUDNICK LLP

By: /s/ Dennis K. Blackhurst
    David J. Molton
    Andrew Dash
    Seven Times Square
    New York, New York 10036
    Tel.: (212) 209-4800

-and-

BEUS GILBERT PLLC
    Leo R. Beus
    Dennis K. Blackhurst
    4800 North Scottsdale Road
    Suite 600
    Scottsdale, AZ 85251
    Tel: (480) 429-3000

*Attorneys for Plaintiffs*

SO ORDERED:

[signature] 5/1/12

HON. RONALD J. HEDGES
SPECIAL MASTER