UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re REFCO INC. SECURITIES LITIGATION

Case No. 07-md-1902 (JSR)

This Document Relates to:

-----------------------------------------------------------

KENNETH M. KRYS, *et al.*,

                Plaintiffs,

    v.

DEUTSCHE BANK SECURITIES INC., *et al.*,

                Defendants.

-----------------------------------------------------------

Case No. 10-cv-3594 (JSR)

**NOTICE OF APPEARANCE**

        PLEASE TAKE NOTICE that the undersigned counsel hereby enters his appearance for Defendant Deutsche Bank Securities Inc. in the above-captioned action.

        I certify that I am admitted to practice before this Court.

Dated:    New York, NY
             August 3, 2012

Respectfully submitted,

LINKLATERS LLP

By:    */s/ Robert H. Bell*
        Robert H. Bell
        (robert.bell@linklaters.com)

1345 Avenue of the Americas
New York, NY 10105
(212) 903-9000 (telephone)
(212) 903-9100 (facsimile)

Attorneys for Deutsche Bank Securities Inc.