UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
:
:
:
: 07 MDL 1902 (JSR)
: (Applies To All Cases)
IN RE REFCO SECURITIES LITIGATION     :
: CASE MANAGEMENT ORDER #87
:
:
:
:
------------------------------------- x

JED S. RAKOFF, U.S.D.J.

    Pursuant to Case Management Order #86, the time for objections to the bill of Special Master Capra for the month of November 2012 and the bill from Special Master Hedges for the months of October and November 2012 has elapsed. Since the Court did not receive any objection to those bills, the Court hereby directs the Case Accountant to pay the bills forthwith.

    SO ORDERED.

                                    _____
                                    JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       December 11, 2012