UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
:
:
:                                            07 MDL 1902 (JSR)
:                                            (Applies To All Cases)
IN RE REFCO SECURITIES LITIGATION            :
:                                            CASE MANAGEMENT ORDER #96
:
:
:
---------------------------------------- x

JED S. RAKOFF, U.S.D.J.

    The Court has received Special Master Capra's bill for the month of April, which will be docketed for the parties' review. Any party who wishes to object to this bill must submit such objection to the Court in writing no later than one week from today, i.e., by May 13, 2013. If no objections are received, the Case Accountant will be authorized to pay the bill out of the established account.

    SO ORDERED.

                                      _____
                                      JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       May 6, 2013

**Professor Daniel J. Capra**
**Special Master**

**Fordham Law School**
**140 West 62nd Street**
**New York, New York 10023**
**dcapra@law.fordham.edu**

May 1, 2013

**For Services Rendered as Special Master in In re Refco Inc. Securities Litigation, 07-MD-1902 (JSR) (SDNY):**

| | |
|---|---|
| April 3: Omnibus Summary Judgment R and R | 3.1 |
| April 4: Omnibus Summary Judgment R and R | 3.0 |
| April 8: Omnibus Summary Judgment R and R | 2.5 |
| April 9: Omnibus Summary Judgment R and R | 4.1 |
| April 10: Omnibus Summary Judgment R and R | 3.1 |
| April 11: Omnibus Summary Judgment R and R | 3.8 |
| April 12: Omnibus Summary Judgment R and R | 2.9 |
| April 13: Omnibus Summary Judgment R and R | 1.2 |
| April 14: Omnibus Summary Judgment R and R | 2.2 |
| April 15: Omnibus Summary Judgment R and R | 4.1 |
| April 16: Omnibus Summary Judgment R and R | 4.3 |
| April 17: Omnibus Summary Judgment R and R | 4.8 |
| April 18: Omnibus Summary Judgment R and R | 2.2 |
| April 19: Omnibus Summary Judgment R and R | 2.1 |
| April 20: Omnibus Summary Judgment R and R | 3.5 |
| April 21: Omnibus Summary Judgment R and R | 3.1 |
| April 24: Krys v. Aaron review of bankruptcy proceeding | 1.0 |
| April 28: Krys v. Aaron review of papers | 1.2 |
| Total Hours | 52.2 |

**Hours @ $500/hr.**

**Total Bill ------**                                                           $26100.00