UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

                                      :
                                      :
                                      :        07 MDL 1902 (JSR)
                                      :        (Applies To All Cases)
IN RE REFCO SECURITIES LITIGATION     :
                                      :        CASE MANAGEMENT ORDER #98
                                      :
                                      :
                                      :
------------------------------------- x

JED S. RAKOFF, U.S.D.J.

        The Court has received Special Master Capra's bill for the

month of May as well as Special Master Hedges's bill for the months of

April and May, which will be docketed for the parties' review.  Any

party who wishes to object to a bill must submit such objection to the

Court in writing no later than one week from today, i.e., by June 10,

2013.  If no objections are received, the Case Accountant will be

authorized to pay the bills out of the established account.

        SO ORDERED.

                                    _____
                                    JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
        June 3, 2013

**Professor Daniel J. Capra**
**Special Master**

**Fordham Law School**
**140 West 62nd Street**
**New York, New York 10023**
**dcapra@law.fordham.edu**

**June 1, 2013**

**For Services Rendered as Special Master in In re Refco Inc. Securities Litigation, 07-MD-1902 (JSR) (SDNY):**

| | |
|---|---|
| May 5 — Krys v. Aaron review of papers | 2.1 |
| May 8 — Krys v. Aaron review of papers | 1.5 |
| May 15 — Krys v. Aaron review of papers | 1.4 |
| May 25 — Krys v. Aaron review of papers | 1.6 |
| May 31 — Krys v. Aaron review of papers | 2.4 |
| Total Hours | 9.0 |

**Hours @ $500/hr.**

**Total Bill ------**                    **$4500.00**

# IN RE REFCO

# INVOICE FOR MONTHS OF APRIL-MAY, 2013

## JUNE 3, 2013

HOURS INCURRED:

April 29 – communications w/ Chambers and w/ counsel w/re joint report (.25)

May 3-4 – review of parties' status report and communications w/re same w/ Chambers, Special Master Capra, and the parties (.5)

May 7 – communications w/re pro hac application (.25)

May 9 – review of order on objection to allowing amendment of complaint (.25)

May 13 – attending to filing of order w/re motion to amend (.25); review of supplement to status report and communications w/ counsel and Chambers w/re same (.25)

May 14 – review of *pro hac* motions and communication w/ counsel w/re same (.25)

May 15-16 – review of papers in support of and in opposition to informal application to amend and oral argument thereon (.5)

May 16 and other dates – review and circulation of BBL invoice, review and filing of order authorizing payment (.25)

May 16-18 – review of pro hac motions and attending to filing of orders thereon (.25)

May 21-22 – review of forms of order w/re motion to amend, communications thereon, and attending to filing (.5)

May 28 – attending to filing of order (.25)


TOTAL HOURS INCURRED: 3.75 @ 400.00/hour = $ 1,500.

TOTAL: $1,500.