UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
In re REFCO INC. SECURITIES LITIGATION  :  Case No. 07-md-1902 (JSR)
                                                            :
------------------------------------------------------------X
        This Document Relates to:
------------------------------------------------------------X
KENNETH M. KRYS, *et al.*,                                  :
                                                            :
                        Plaintiffs,                         :
                                                            :  Case No. 08-cv-3065 (JSR)
        - against -                                         :  Case No. 08-cv-3086 (JSR)
                                                            :
CHRISTOPHER SUGRUE, *et al.*,                               :
                                                            :
                        Defendants.                         :
------------------------------------------------------------X
KENNETH M. KRYS, *et al.*,                                  :
                                                            :
                        Plaintiffs,                         :  Case No. 08-cv-7416 (JSR)
                                                            :
        -against-                                           :
                                                            :
ROBERT AARON, *et al.*,                                     :
                                                            :
                        Defendants.                         :
------------------------------------------------------------X
KENNETH M. KRYS, *et al.*                                   :
                                                            :
                        Plaintiffs,                         :  Case No. 10-cv-3594 (JSR)
                                                            :
        -against-                                           :
                                                            :
DEUTSCHE BANK SECURITIES INC., *et al.*,                    :
                                                            :
                        Defendants.                         :
------------------------------------------------------------X

**NOTICE OF CHANGE OF ADDRESS**

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☒   I have cases pending                ☐   I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Lee M. Andelin

My SDNY Bar Number is <u>XXXXXX</u>.  My State Bar Number is <u>N/A – admitted pro hac vice</u>.

I am,

- ☐ An attorney
- ☐ A Government Agency attorney
- ☒ A Pro Hac Vice Attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:  FIRM NAME: <u>BEUS GILBERT PLLC</u>
FIRM ADRESS: <u>4800 N. Scottsdale Rd., Ste. 6000, Scottsdale, AZ 85251</u>
FIRM TELEPHONE NUMBER: <u>(480) 429-3000</u>
FIRM FAX NUMBER: <u>(480) 429-3100</u>

NEW FIRM:  FIRM NAME: <u>BEUS GILBERT PLLC</u>
FIRM ADRESS: <u>701 North 44th Street, Phoenix, AZ 85008</u>
FIRM TELEPHONE NUMBER: <u>(480) 429-3000</u>
FIRM FAX NUMBER: <u>(480) 429-3100</u>

- ☒ I will continue to be counsel of record in the above-entitled cases at my new firm/agency.
- ☐ I am no longer counsel of record on the above-entitled cases.  An order withdrawing my appearance was entered on _____ by Judge _____.

Dated:  June 18, 2013

                                                       /s/ Lee M. Andelin
                                                  ATTORNEY'S SIGNATURE