UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
In re REFCO INC. SECURITIES LITIGATION   :  Case No. 07-md-1902 (JSR)
                                                           :
-----------------------------------------------------------X
           This Document Relates to:
-----------------------------------------------------------X
KENNETH M. KRYS, *et al.*,                         :
                                                           :
                        Plaintiffs,           :
                                                           :  Case No. 08-cv-3065 (JSR)
           - against -                                  :  Case No. 08-cv-3086 (JSR)
                                                           :
CHRISTOPHER SUGRUE, *et al.*,             :
                                                           :
                        Defendants.          :
-----------------------------------------------------------X
KENNETH M. KRYS, *et al.*,                         :
                                                           :
                        Plaintiffs,           :  Case No. 08-cv-7416 (JSR)
                                                           :
           -against-                                    :
                                                           :
ROBERT AARON, *et al.*,                         :
                                                           :
                        Defendants.          :
-----------------------------------------------------------X
KENNETH M. KRYS, *et al.*                          :
                                                           :
                        Plaintiffs,           :  Case No. 10-cv-3594 (JSR)
                                                           :
           -against-                                    :
                                                           :
DEUTSCHE BANK SECURITIES INC., *et al.*, :
                                                           :
                        Defendants.          :
-----------------------------------------------------------X

**NOTICE OF CHANGE OF ADDRESS**

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☒   I have cases pending                    ☐   I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: <u>Robert T. Mills</u>

My SDNY Bar Number is <u>XXXXXX</u>.  My State Bar Number is <u>N/A – admitted pro hac vice</u>.

I am,

- [ ] An attorney
- [ ] A Government Agency attorney
- [x] A Pro Hac Vice Attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME:  BEUS GILBERT PLLC
            FIRM ADRESS:  4800 N. Scottsdale Rd., Ste. 6000, Scottsdale, AZ 85251
            FIRM TELEPHONE NUMBER:  (480) 429-3000
            FIRM FAX NUMBER:  (480) 429-3100

NEW FIRM:   FIRM NAME:  BEUS GILBERT PLLC
            FIRM ADRESS:  701 North 44th Street, Phoenix, AZ 85008
            FIRM TELEPHONE NUMBER:  (480) 429-3000
            FIRM FAX NUMBER:  (480) 429-3100

- [x] I will continue to be counsel of record in the above-entitled cases at my new firm/agency.
- [ ] I am no longer counsel of record on the above-entitled cases.  An order withdrawing my appearance was entered on _____ by Judge _____.

Dated:  June 18, 2013

/s/ Robert T. Mills
ATTORNEY'S SIGNATURE

61192965 v1-WorksiteUS-028337/0001