UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
In re REFCO INC. SECURITIES LITIGATION    :   Case No. 07-md-1902 (JSR)
                                                            :
------------------------------------------------------------X
                This Document Relates to:
------------------------------------------------------------X
KENNETH M. KRYS, *et al.*,                       :
                                                            :
                              Plaintiffs,           :
                                                            :   Case No. 08-cv-3065 (JSR)
            - against -                                :   Case No. 08-cv-3086 (JSR)
                                                            :
CHRISTOPHER SUGRUE, *et al.*,               :
                                                            :
                              Defendants.         :
------------------------------------------------------------X
KENNETH M. KRYS, *et al.*,                       :
                                                            :
                              Plaintiffs,           :   Case No. 08-cv-7416 (JSR)
                                                            :
            -against-                                  :
                                                            :
ROBERT AARON, *et al.*,                          :
                                                            :
                              Defendants.         :
------------------------------------------------------------X
KENNETH M. KRYS, *et al.*                        :
                                                            :
                              Plaintiffs,           :   Case No. 10-cv-3594 (JSR)
                                                            :
            -against-                                  :
                                                            :
DEUTSCHE BANK SECURITIES INC., *et al.*,  :
                                                            :
                              Defendants.         :
------------------------------------------------------------X

## NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☒  I have cases pending              ☐  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Thomas A. Gilson

My SDNY Bar Number is <u>XXXXXX</u>.  My State Bar Number is <u>N/A – admitted pro hac vice</u>.

I am,

- ☐ An attorney
- ☐ A Government Agency attorney
- ☒ A Pro Hac Vice Attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: <u>BEUS GILBERT PLLC</u>
FIRM ADRESS: <u>4800 N. Scottsdale Rd., Ste. 6000, Scottsdale, AZ 85251</u>
FIRM TELEPHONE NUMBER: <u>(480) 429-3000</u>
FIRM FAX NUMBER: <u>(480) 429-3100</u>

NEW FIRM:    FIRM NAME: <u>BEUS GILBERT PLLC</u>
FIRM ADRESS: <u>701 North 44th Street, Phoenix, AZ 85008</u>
FIRM TELEPHONE NUMBER: <u>(480) 429-3000</u>
FIRM FAX NUMBER: <u>(480) 429-3100</u>

☒ I will continue to be counsel of record in the above-entitled cases at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled cases.  An order withdrawing my appearance was entered on _____ by Judge _____.

Dated:  June 18, 2013

                                                                /s/ Thomas A. Gilson
                                                                            ATTORNEY'S SIGNATURE

61192965 v1-WorksiteUS-028337/0001