UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re REFCO INC. SECURITIES LITIGATION          Case No. 07-md-1902 (JSR)

-----------------------------------------------------------X
This Document Relates to:
-----------------------------------------------------------X
KENNETH M. KRYS, *et al.*,

           Plaintiffs,

                                                   Case No. 08-cv-3065 (JSR)
- against -                                      Case No. 08-cv-3086 (JSR)

CHRISTOPHER SUGRUE, *et al.*,

           Defendants.
-----------------------------------------------------------X
KENNETH M. KRYS, *et al.*,

           Plaintiffs,          Case No. 08-cv-7416 (JSR)

-against-

ROBERT AARON, *et al.*,

           Defendants.
-----------------------------------------------------------X
KENNETH M. KRYS, *et al.*

           Plaintiffs,          Case No. 10-cv-3594 (JSR)

-against-

DEUTSCHE BANK SECURITIES INC., *et al.*,

           Defendants.
-----------------------------------------------------------X

**NOTICE OF CHANGE OF ADDRESS**

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☒   I have cases pending            ☐   I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: <u>Britton M. Worthen</u>

My SDNY Bar Number is <u>XXXXXX</u>.  My State Bar Number is <u>N/A – admitted pro hac vice</u>.

I am,

- ☐ An attorney
- ☐ A Government Agency attorney
- ☒ A Pro Hac Vice Attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:  FIRM NAME: <u> BEUS GILBERT PLLC </u>
FIRM ADRESS: <u> 4800 N. Scottsdale Rd., Ste. 6000, Scottsdale, AZ 85251 </u>
FIRM TELEPHONE NUMBER: <u> (480) 429-3000 </u>
FIRM FAX NUMBER: <u> (480) 429-3100 </u>

NEW FIRM:  FIRM NAME: <u> BEUS GILBERT PLLC </u>
FIRM ADRESS: <u> 701 North 44th Street, Phoenix, AZ 85008 </u>
FIRM TELEPHONE NUMBER: <u> (480) 429-3000 </u>
FIRM FAX NUMBER: <u> (480) 429-3100 </u>

☒  I will continue to be counsel of record in the above-entitled cases at my new firm/agency.

☐  I am no longer counsel of record on the above-entitled cases.  An order withdrawing my appearance was entered on _____ by Judge _____.

Dated:  June 19, 2013

                                                _____/s/ Britton M. Worthen_____
                                                          ATTORNEY'S SIGNATURE

61192965 v1-WorksiteUS-028337/0001