UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re REFCO INC. SECURITIES LITIGATION  :  Case No. 07-md-1902 (JSR)
-------------------------------------------------------------X
This Document Relates to:
-------------------------------------------------------------X
KENNETH M. KRYS, *et al.*,

      Plaintiffs,

  - against -         Case No. 08-cv-3065 (JSR)
                 Case No. 08-cv-3086 (JSR)

CHRISTOPHER SUGRUE, *et al.*,

      Defendants.
-------------------------------------------------------------X
KENNETH M. KRYS, *et al.*,

      Plaintiffs,    Case No. 08-cv-7416 (JSR)

  -against-

ROBERT AARON, *et al.*,

      Defendants.
-------------------------------------------------------------X
KENNETH M. KRYS, *et al.*

      Plaintiffs,    Case No. 10-cv-3594 (JSR)

  -against-

DEUTSCHE BANK SECURITIES INC., *et al.*,

      Defendants.
-------------------------------------------------------------X

**NOTICE OF CHANGE OF ADDRESS**

TO:  ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☒ I have cases pending    ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: L. Richard Williams

My SDNY Bar Number is <u>XXXXXX</u>.  My State Bar Number is <u>N/A – admitted pro hac vice</u>.

I am,

- ☐ An attorney
- ☐ A Government Agency attorney
- ☒ A Pro Hac Vice Attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: <u> BEUS GILBERT PLLC</u>
FIRM ADRESS: <u> 4800 N. Scottsdale Rd., Ste. 6000, Scottsdale, AZ 85251</u>
FIRM TELEPHONE NUMBER: <u> (480) 429-3000</u>
FIRM FAX NUMBER: <u> (480) 429-3100</u>

NEW FIRM:   FIRM NAME: <u> BEUS GILBERT PLLC</u>
FIRM ADRESS: <u> 701 North 44th Street, Phoenix, AZ 85008</u>
FIRM TELEPHONE NUMBER: <u> (480) 429-3000</u>
FIRM FAX NUMBER: <u> (480) 429-3100</u>

- ☒ I will continue to be counsel of record in the above-entitled cases at my new firm/agency.
- ☐ I am no longer counsel of record on the above-entitled cases.  An order withdrawing my appearance was entered on _____ by Judge _____.

Dated:  June 19, 2013

<u>            /s/ L. Richard Williams           </u>
ATTORNEY'S SIGNATURE

61192965 v1-WorksiteUS-028337/0001