UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
:     07 MDL 1902 (JSR)
:     (Applies To All Cases)
IN RE REFCO SECURITIES LITIGATION    :
:     CASE MANAGEMENT ORDER
:              #100
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JED S. RAKOFF, U.S.D.J.

     The Court has received the Special Masters' bills for the month of June, which will be docketed for the parties' review. Any party who wishes to object to a bill must submit such objection to the Court in writing no later than one week from today, i.e., by July 8, 2013. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account.

     SO ORDERED.

                                                 JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       July 1, 2013

**Professor Daniel J. Capra**
**Special Master**

Fordham Law School
140 West 62nd Street
New York, New York 10023
dcapra@law.fordham.edu

July 1, 2013

**For Services Rendered as Special Master in In re Refco Inc. Securities Litigation, 07-MD-1902 (JSR) (SDNY):**

| | |
|---|---|
| June 24 ---- Krys v. Aaron review of papers | 1.5 |
| June 25 — Krys v. Aaron R and R on summary judgment | 3.5 |
| June 26 — Krys v. Aaron, R and R on summary judgment | 4.1 |
| June 28 — Krys v. Aaron, R and R on summary judgment | 3.8 |
| June 29 — Krys v. Aaron, review of Aaron depositions | 1.1 |
| June 30 — Krys v. Aaron, review of Aaron depositions | 2.1 |
| Total Hours | 16.1 |
| **Hours @ $500/hr.** | |
| **Total Bill ------** | $8050.00 |

# IN RE REFCO

# INVOICE

# JUNE 2013

**HOURS INCURRED:**

**June 4:** Review and attending to filing of order re: substitution of attorney (.25)

**June 4 and later dates** -- Review of all papers in support of motion to amend and oral argument on motion (5.0)

**June 12-13** -- Communications with parties and chambers w/re motion to quash (.5)

**June 18-24** -- review of papers and communications w/parties w/re dispute over production of deposition transcripts (1.0)

**June 18-24** -- review of papers, communications w/ parties, and oral argument w/re Farquarson discovery dispute (3.0)

**June 29** – attending to filing of order (.25)

**TOTAL HOURS INCURRED:**  10.0 @ $400/hour = $4,000.00

1

**EXPENSES INCURRED:**

June 18 -- computer usage and copying: 89.58

June 20 -- same: 93.53

**TOTAL EXPENSES INCURRED:** $183.11


**TOTAL:** $4,183.11

2