UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
                                      :
                                      :
                                      :   07 MDL 1902 (JSR)
                                      :   (Applies To All Cases)
IN RE REFCO SECURITIES LITIGATION     :
                                      :   CASE MANAGEMENT ORDER
                                      :          #101
                                      :
                                      :
------------------------------------- x

JED S. RAKOFF, U.S.D.J.

Pursuant to Case Management Order #100, the time for objections to the Special Masters' bills for services rendered in June 2013 has elapsed. Since the Court did not receive any objection to the bills, the Court hereby directs the Case Accountant to pay the bills forthwith.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       July 9, 2013