```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
                                      :
                                      :
                                      :     07 MDL 1902 (JSR)
                                      :     (Applies To All Cases)
IN RE REFCO SECURITIES LITIGATION     :
                                      :     CASE MANAGEMENT ORDER
                                      :             #102
                                      :
                                      :
------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

The Court has received the Special Masters' bills for the month of July, which will be docketed for the parties' review. Any party who wishes to object to a bill must submit such objection to the Court in writing no later than one week from today, i.e., by August 9, 2013. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       August 2, 2013

# IN RE REFCO

# INVOICE

# JULY 2013

July 2: attending to filing of order (.25)

July 10 and later dates: communications and conference call w/re review of Cayman Islands transcripts (.5)

July 16: communications w/ Chambers and counsel w/re preparation of status report (.25)

July 23 and subsequent dates: conference call w/re pending sanctions motion (.25)

July 26: review of Ball Baker invoice and transmitting same to counsel for preparation of notice and order (.25)

July 28: Conducting *in camera* review of Cayman Islands' transcripts and communicating w/ attorneys Blackhurst and Doyle w/re same (3.0); communications w/ Chambers w/re status of matters (.25 )

July 28 – 29: Review and attending to filing of order on pending sanctions motion (.25)

July 30: Review of status report and submitting same to Chambers (.25)

**TOTAL HOURS INCURRED**: 5.25 @ $400/hour = $2,100.00

**TOTAL**: $2,100.00

**Professor Daniel J. Capra**
**Special Master**

Fordham Law School
140 West 62nd Street
New York, New York 10023
dcapra@law.fordham.edu

August 2, 2013

**For Services Rendered as Special Master in In re Refco Inc. Securities Litigation, 07-MD-1902 (JSR) (SDNY):**

| | |
|---|---:|
| July 1 ---- Krys v. Aaron Breach of Service Agreement R and R | 6.0 |
| July 2 — Krys v. Aaron Breach of Service Agreement R and R | 9.0 |
| July 3 — Krys v. Aaron, Breach of Service Agreement R and R | 7.5 |
| July 5 — Krys v. Aaron, Breach of Service Agreement R and R | 3.8 |
| July 10— Krys v. Aaron, Breach of Service Agreement R and R | 2.1 |
| July 13 — Krys v. Aaron, Breach of Service Agreement R and R | 2.2 |
| July 29 — Krys v. Aaron, Defendants summary judgment motion | 1.5 |
| July 30 — Krys v. Aaron, Defendants summary judgment motion | 2.8 |
| July 31 — Krys v. Aaron, Defendants summary judgment motion | 2.5 |
| Total Hours | 37.4 |

**Hours @ $500/hr.**

**Total Bill ------**                                           $18,700.00