```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
In re REFCO INC. SECURITIES         :    07 MDL 1902 (JSR)
LITIGATION                          :
------------------------------------ x
------------------------------------ x
KENNETH M. KRYS, et al.,            :
                                    :
             Plaintiff,             :
                                    :    10 Civ. 3594 (JSR)
        -v-                         :
                                    :         ORDER
DEUTSCHE BANK SECURITIES., INC., et :
al.,                                :
                                    :
             Defendants.            :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

Pursuant to this Court's Memorandum Order dated June 6, 2013 (Document No. 260), which granted defendant Deutsche Bank Securities, Inc. summary judgment on all remaining claims against it, the Clerk of the Court is directed to close as moot Document 225 on the docket of Case No. 10 Civ. 3594(JSR).

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       September 10, 2013