UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
:
:                  07 MDL 1902 (JSR)
:                  (Applies To All Cases)
IN RE REFCO SECURITIES LITIGATION   :
:                  <u>CASE MANAGEMENT ORDER</u>
:                         #106
:
:
------------------------------------- x

JED S. RAKOFF, U.S.D.J.

    The Court has received one Special Master bill for the month of September, which will be docketed for the parties' review. Any party who wishes to object to the bill must submit such objection to the Court in writing no later than one week from today, i.e., by October 9, 2013. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account.

    SO ORDERED.

                                                      JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
        October 4, 2013

# IN RE REFCO

# INVOICE

## AUGUST-- SEPTEMBER 2013

**HOURS INCURRED**

Aug. 5: Review of papers w/re, and oral argument on, spoliation sanction motion (3.0)

Aug. 9: Attending to filing of order w/re spoliation sanction (.25)

Aug. 21-25: Conf. w/ Chambers w/re order withdrawal of counsel (.25)

Sept. 5: Conferring w/ Chambers w/re status of motions, etc. (.5)

**TOTAL HOURS INCURRED**: 4.0 @ $400/hour = $1,600.00

**TOTAL**: $1,600.00

1