UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
:
:
:   07 MDL 1902 (JSR)
:   (Applies To All Cases)
IN RE REFCO SECURITIES LITIGATION   :
:   CASE MANAGEMENT ORDER
:   #107
:
:
------------------------------------- x

JED S. RAKOFF, U.S.D.J.

Pursuant to Case Management Order #106, the time for objections to the Special Master's bill for services rendered in August and September 2013 has elapsed. Since the Court did not receive any objection to the bill, the Court hereby directs the Case Accountant to pay the bill forthwith.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       October 16, 2013

# IN RE REFCO

# INVOICE

# AUGUST-- SEPTEMBER 2013

**HOURS INCURRED**

Aug. 5: Review of papers w/re, and oral argument on, spoliation sanction motion (3.0)

Aug. 9: Attending to filing of order w/re spoliation sanction (.25)

Aug. 21-25: Conf. w/ Chambers w/re order withdrawal of counsel (.25)

Sept. 5: Conferring w/ Chambers w/re status of motions, etc. (.5)

**TOTAL HOURS INCURRED**: 4.0 @ $400/hour = $1,600.00

**TOTAL**: $1,600.00