UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
In re REFCO INC. SECURITIES LITIGATION   :   Case No. 07-md-1902 (JSR)
                                                            :
------------------------------------------------------------X

## ORDER DIRECTING PAYMENT

JED S. RAKOFF, U.S.D.J.

This matter having been open to the Court on its own motion;

WHEREAS, Pursuant to Case Management Order #6, the Case Accountant opened a bank account to which the parties have contributed amounts necessary for payment to the Special Masters, their associates, and the Case Accountant;

WHEREAS, the number of remaining parties in the above-captioned multi-district litigation has been reduced such that maintaining a minimum balance in the aforementioned account is no longer necessary;

NOW, THEREFORE, It IS ORDERED THAT, no further contributions will be required to be made by any party to the aforementioned bank account absent further order of the Court; and

IT IS FURTHER ORDERED THAT, the disposition of any remaining funds in the aforementioned account will await further order of the Court.

**SO ORDERED** this ___ day of January, 2014

_____
HON. JED S. RAKOFF