UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
In re REFCO INC. SECURITIES LITIGATION    :    Case No. 07-md-1902 (JSR)
                                                             :
------------------------------------------------------------ X

This Document Relates To:

------------------------------------------------------------ X
KENNETH M. KRYS, et al.,                          :
                                                             :    Case No. 10-cv-3594 (JSR)
                                   Plaintiffs,   :
                                                             :
              -against-                           :
                                                             :
DEUTSCHE BANK SECURITIES INC., et al.,    :
                                                             :
                                   Defendants.   :
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-28-14

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Kenneth M. Krys *et al.* (collectively, "Plaintiffs") and Defendants Deutsche Bank Securities Inc., Deutsche Bank Trust Company Americas, and Deutsche Bank AG (collectively, "Deutsche Bank") stipulate, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, to the dismissal with prejudice of all claims in the above-captioned action against Deutsche Bank.

Dated: New York, New York
February 28, 2014

          **BEUS GILBERT PLLC**

By: _____
      Leo R. Beus
      L. Richard Williams
      Lee M. Andelin

701 North 44th Street
Phoenix, Arizona 85008
Tel: (480) 429-3000
Fax: (480) 429-3100
lbeus@beusgilbert.com
rwilliams@beusgilbert.com
landelin@beusgilbert.com

- and -

David J. Molton
Andrew S. Dash
Mason C. Simpson
**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
dmolton@brownrudnick.com
adash@brownrudnick.com
msimpson@brownrudnick.com

*Attorneys for Plaintiffs*

Dated: New York, New York
February 28, 2014

**LINKLATERS LLP**

By: _____

James R. Warnot, Jr.
Robert H. Bell
1345 Avenue of the Americas
New York, New York 10105
Telephone: 212-903-9000
Facsimile: 212-903-9100
james.warnot@linklaters.com
robert.bell@linklaters.com

*Attorneys for Defendants Deutsche Bank Securities Inc., Deutsche Bank Trust Company Americas, and Deutsche Bank AG*

SO ORDERED:

_____
Honorable Jed S. Rakoff, U.S.D.J
4-27-14