UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
:
:
:                           07 MDL 1902 (JSR)
:                           (Applies To All Cases)
IN RE REFCO SECURITIES LITIGATION    :
:                           CASE MANAGEMENT ORDER
:                                    #109
:
:
------------------------------------- x

JED S. RAKOFF, U.S.D.J.

    Pursuant to Case Management Order #108, the time has elapsed for objections to the Case Accountant's bill for services that were rendered between January and May 2014 and that will need to be rendered in winding down the fund over the next few weeks. Since the Court did not receive any objection to the bill, the Court hereby directs the Case Accountant to pay the bill forthwith.

    SO ORDERED.

                                                                  JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       July 29, 2014